

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA19-00035M |
| ALEJANDRO DE LA SANCHA ARMAS, DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __January 29, 2019__, _____, at __1:00__ ☐a.m. / ☒p.m. before the Honorable __Douglas F. McCormick__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __January 25, 2019__

Douglas F. McCormick
U.S. ~~District Judge~~/Magistrate Judge